AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gould, Ronald M. | U.S. Ct. of Appeals, 9th Cir. | 04/30/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

William K. Nakamura U.S. Courthouse
1010 Fifth Avenue, Suite 940
Seattle, Washington 98104-1130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board | Chief Seattle Council, Boy Scouts of America |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/30/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/30/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (H) Charles Schwab Broker. Acct. | | | | | | | | | |
| 2. Schwab Cash & Money Market | A | Interest | K | T | | | | | |
| 3. Vanguard Long-Term Bond Index Fund | C | Int./Div. | L | T | | | | | |
| 4. Vanguard Intermediate Term Bond Index Fund | B | Int./Div. | L | T | | | | | |
| 5. Vanguard GNMA Fund | A | Int./Div. | K | T | | | | | |
| 6. American Century Zero | | None | | | Sold | 07/19/18 | J | | |
| 7. Loomis Sayles Global Bd | | None | | | Sold | 07/19/18 | J | | |
| 8. Pimco International Bond Fund | A | Int./Div. | J | T | | | | | |
| 9. Schwab Treasury | A | Int./Div. | J | T | | | | | |
| 10. Schwab Intermediate Term Bond Fund | A | Int./Div. | J | T | | | | | |
| 11. Schwab US Aggregate Bond Fund | A | Int./Div. | K | T | | | | | |
| 12. Wasatch Hoisington US Treasury Fund | A | Int./Div. | | | Sold | 07/19/18 | J | | |
| 13. Schwab Fundamental Emerging Mkt Index | B | Int./Div. | K | T | | | | | |
| 14. Schwab Fundamental Intl Small Mid Index | A | Int./Div. | J | T | | | | | |
| 15. Schwab Global Real Estate Fd | A | Int./Div. | J | T | | | | | |
| 16. Schwab S&P 500 Index Fund | C | Int./Div. | M | T | | | | | |
| 17. Schwab Small Cap Index Fund | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Total Stock Mkt Index | B | Int./Div. | K | T | | | | | |
| 19. Schwab 1000 Index Fund | D | Int./Div. | M | T | | | | | |
| 20. Wells Fargo Bank Account | A | Interest | K | T | | | | | |
| 21. (H) Vanguard/IRA Account for Ronald M. Gould | | | | | | | | | |
| 22. Vanguard Prime Money Market Fund | A | Dividend | L | T | Sold (part) | 01/04/18 | M | | |
| 23. Vanguard Prime Money Market Fund | A | Dividend | L | T | Buy | 01/08/18 | K | | |
| 24. Vanguard Prime Money Market Fund | A | Dividend | L | T | Buy (add'l) | 01/08/18 | J | | |
| 25. Vanguard Prime Money Market Fund | A | Dividend | L | T | Sold (part) | 01/16/18 | K | | |
| 26. Vanguard Prime Money Market Fund | A | Dividend | L | T | Buy | 06/18/18 | L | | |
| 27. Vanguard Prime Money Market Fund | A | Dividend | L | T | Buy (add'l) | 06/18/18 | K | | |
| 28. Vanguard Primecap Fund Admiral Shares | G | Dividend | P1 | T | Sold (part) | 01/08/18 | K | | |
| 29. Vanguard Primecap Fund Admiral Shares | G | Dividend | P1 | T | Sold (part) | 06/18/18 | K | | |
| 30. Vanguard Short-Term Bond Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 31. Vanguard Short-Term Investment-Grade Fund Admiral Shares | D | Dividend | M | T | | | | | |
| 32. Vanguard Capital Opportunity Fund Admiral Shares | F | Dividend | O | T | Sold (part) | 01/08/18 | J | | |
| 33. Vanguard Capital Opportunity Fund Admiral Shares | F | Dividend | O | T | Sold (part) | 06/18/18 | K | | |
| 34. Vanguard High-Yield Corporate Fund Admiral Shares | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GNMA Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 36. Intermediate-Term Invest-Gr Admiral Shares | C | Dividend | M | T | | | | | |
| 37. Long-Term Invest-Gr Admiral Shares | E | Dividend | O | T | | | | | |
| 38. Developed Markets Index Fund Admiral Shares | B | Dividend | K | T | | | | | |
| 39. Emerging Markets Stock Index Fund Admiral Shares | B | Dividend | L | T | | | | | |
| 40. International Growth Fund Admiral Shares | C | Dividend | L | T | | | | | |
| 41. Health Care Fund Admiral Shares | D | Dividend | L | T | | | | | |
| 42. High Dividend Yield Index Investor Shares | B | Dividend | K | T | | | | | |
| 43. Intermediate Term Treasury Admiral Shares | B | Dividend | L | T | | | | | |
| 44. Long-Term Treasury Admiral Shares | C | Dividend | M | T | | | | | |
| 45. Short-Term Treasury Admiral Shares | B | Dividend | L | T | | | | | |
| 46. Wells Fargo Bank Account 2 | A | Interest | | | Closed | 11/09/18 | K | | |
| 47. (H) Charles Schwab Brokerage Account 2 | | | | | | | | | |
| 48. Schwab Cash and Money Market 2 | A | Interest | L | T | | | | | |
| 49. Schwab S&P 500 Index Fund 2 | C | Int./Div. | L | T | Buy | 11/02/18 | M | | |
| 50. Schwab Small Cap Index Fund 2 | B | Int./Div. | K | T | Buy | 11/02/18 | K | | |
| 51. Schwab Total Stock Mkt Index 2 | C | Int./Div. | L | T | Buy | 11/02/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Uniti Group Inc. (X) | A | Int./Div. | | | Sold | 10/29/18 | J | | |
| 53. Vanguard Intermediate Term Bond Index Fund 2 | A | Int./Div. | M | T | Buy | 11/02/18 | M | | |
| 54. Vanguard Long Term Bond Index Fund 2 | B | Int./Div. | M | T | Buy | 11/02/18 | M | | |
| 55. Adient PLC (X) | A | Int./Div. | | | Sold | 10/29/18 | K | | |
| 56. Bank of America Corp (X) | A | Int./Div. | | | Sold | 06/07/18 | K | | |
| 57. IBM Corp (X) | A | Int./Div. | | | Sold | 06/08/18 | K | | |
| 58. Johnson Controls (X) | C | Int./Div. | M | T | | | | | |
| 59. Southern Company (X) | A | Int./Div. | | | Sold | 10/29/18 | K | | |
| 60. Windstream Holdings Inc (X) | | None | | | Sold | 10/29/18 | J | | |
| 61. FNB Corp (X) | | None | | | Sold | 07/19/18 | K | | |
| 62. Power REIT (X) | | None | | | Sold | 10/29/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note that the entries on Part VII, lines 1, 21, and 47 are for names of accounts, in the nature of a heading for the assets that follow that are within this account. These lines 1, 21, and 47 are not designating assets. Each asset in the account designated in lines 1, 21, and 47 is listed separately in Part VII.

As for asset on line 9, Part VII, Pimco Foreign Bond changed name to Pimco International Bond as of end of June 2018. There was no brokerage transaction from us, and this appears from my records of this Schwab account to be a name change only.

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M. | 04/30/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald M. Gould**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544